**IT IS ORDERED as set forth below:**

**Date: February 12, 2014**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CASE NO.   12-54935 - WLH |
| | ) |
| WILLIE WHITEHEAD, JR., | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

Jordan E. Lubin, Chapter 7 Trustee ("Trustee") filed Trustee's Application for Authorization to Employ Bondurant, Mixson & Elmore, LLP ("Bondurant") and Davis, Zipperman, Kirschenbaum & Lotito, LLP ("Davis") as Special Counsel ("Special Counsel") for Trustee on February 10, 2014 (Doc. No. 30) (the "Application").  No notice or a hearing on the Application is necessary.  A copy of the Application was served upon the U.S. Trustee, Debtor and Counsel for the Debtor.  Trustee shows this employment is necessary and in the best interests of the bankruptcy estate (the "Estate").  Accordingly, it is hereby

ORDERED that pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, Trustee is authorized to employ Special Counsel to provide professional services to Trustee in

this case under the terms set forth in the Application. No payment of fees or reimbursement of expenses to Special Counsel shall be made without approval of this Court. The Clerk is directed to serve the U.S. Trustee, Debtor, Counsel for the Debtor, Special Counsel and Counsel for the Trustee with a copy of this Order.

This Order is entered subject to the objection of the U.S. Trustee, which objection shall be filed on or before twenty-one (21) days from the date of entry of this Order.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Jordan E. Lubin_____
Jordan E. Lubin
Attorney for the Chapter 7 Trustee
Georgia Bar No. 460639
Lubin Law, P.C.
8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
(770) 424-8281
jordan.lubin@laslawgroup.com

## **DISTRIBUTION LIST**

Jordan E. Lubin, Esq.
Lubin Law, P.C.
8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
Attorney for the Chapter 7 Trustee

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Willie Whitehead, Jr.
446 Carter Avenue, SE
Atlanta, Georgia 30317

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, Georgia 30303
Attorney for Debtor

Von Avery DuBose, Esq.
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, Georgia 30309

E. Marcus Davis, Esq.
Davis, Zipperman, Kirschenbaum & Lotito, LLP
918 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306